196 So. 741

### Henry McPHERSON v. STATE.
### 4 Div. 150.

Supreme Court of Alabama.
June 6, 1940.

Thos. S. Lawson, Atty. Gen., and Prime F. Osborn, Asst. Atty. Gen., for the motion.

W. L. Lee and Alto V. Lee, III, both of Dothan, opposed.

KNIGHT, Justice.

This cause is before us on petition of the State of Alabama, on relation of the Attorney General, for writ of certiorari to the Court of Appeals to review and revise the opinion and judgment of said court in the case of McPherson v. State of Alabama, 196 So. 739.

Writ denied.

All the Justices concur.